UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ROGER W. JONES, III, #30038-057,**

    Petitioner,

v.                                ACTION NO. 2:25cv225

**ACTING WARDEN BIENEMY,**

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner Roger W. Jones, III's petition seeks recalculation and application of good conduct time to his current sentence under the provisions of the First Step Act of 2018 (FSA).

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Because the Bureau of Prisons has already applied 365 days of Petitioner's FSA sentence credit, Magistrate Judge's Report filed December 2, 2025, recommends the court grant Respondent's Motion to Dismiss, and dismiss Jones's petition as moot. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the

Magistrate Judge. The court has received no objections to the Magistrate Judge's Report and Recommendation and the time for filing objections has now expired.

Accordingly, having reviewed the record in its entirety, the court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed December 2, 2025, and it is, therefore **ORDERED** that Respondent's Motion to Dismiss be **GRANTED**, and that the petition be **DISMISSED AS MOOT**.

**If Petitioner intends to appeal this Final Order, he must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Frayer v. Warden, FCI Beckley, No. 23-6054, 2023 WL 3268719, at \*1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").**

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy of the Final Order to counsel of record for Respondent.

/s/ *RBS*
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 13, 2026

2